STREITFELD, JEFFREY R., Associate Judge.
 

 In this appeal from a Final Judgment of Dissolution of Marriage, we affirm the trial court’s award of permanent periodic alimony, equitable distribution plan, and alimony set-off. These awards are supported by competent, substantial evidence, and no abuse of discretion has been demonstrated.
 
 Walter v. Walter,
 
 464 So.2d 538 (Fla.1985);
 
 Canakaris v. Canakaris,
 
 382 So.2d 1197 (Fla.1980).
 

 We reverse the award of $4,000 constituting tenant security deposits, as this money was not marital property subject to equitable distribution and must be held by the Husband/Appellant as landlord.
 

 Affirmed in part and Reversed in part.
 

 STEVENSON and GROSS, JJ., concur.